IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE STANLEY JAMES DEVELOPMENT CORPORATION,<br>　　　Debtor | |
| STANLEY JAMES DEVELOPMENT CORPORATION,<br>　　　Appellant | CIVIL NO. AMD 00-150 |
| v. | BANKRUPTCY CASE NO.<br>98-6-7627-SD |
| BRIAN A. GOLDMAN, TRUSTEE,<br>　　　Appellee | |

...oOo...

## ORDER

Appellee's motion to dismiss and appellant's motion to dismiss, etc., have been read and considered. Mr. James King, the Debtor's principal, is fully aware of this Court's Local Rule 101, requiring that a corporation appear by counsel. Appellant having been given ample opportunity to engage counsel but having failed to do so, the appeal shall be dismissed.

Accordingly, it is this 29th day of February, 2000, ORDERED

(1)　That the motion to dismiss appeal is GRANTED;

(2)　That this appeal is DISMISSED;

(3)　The Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel and interested parties and to the Clerk of the United States Bankruptcy Court for this district.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRE M. DAVIS
　　　　　　　　　　　　　　　　　　　United States District Judge